IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR231 |
| | ) | |
| v. | ) | |
| | ) | |
| NATHANIEL HUGHES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for sentence reduction and waiver of hearing (Filing No. 73), and the stipulation of the parties (Filing No. 74). The retroactive amendment to the cocaine base guideline changes the total (final) offense level from 27 to 25. The government and defense agree that the new sentence should be one hundred (100) months imprisonment, based on the prior computation of specific offense characteristics, adjustments, and any departures. Considering the time served and credit for good time,

IT IS ORDERED that said motion is granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to a term of one hundred (100) months. He shall receive credit for all time served. The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 30th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court